SEALED

FILED
SEP 05 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN MIGUEL,<br><br>Defendant. | CASE NO. 1:19 CR 00193 LJO SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 5, 2019, charging the above defendant with a violation of 18 U.S.C. § 1344 – BANK FRAUD (TEN COUNTS); 18 U.S.C. § 1341 – MAIL FRAUD (NINE COUNTS); AND 18 U.S.C. §§ 981(A)(1)(C), 981(A)(1)(D), 982(A)(2), 982(A)(2)(B) AND 28 U.S.C. § 2461– CRIMINAL FORFEITURE, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person

/ / /

/ / /

/ / /

Motion to Seal Indictment

1

shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: September 5, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  September 5, 2019

SHEILA K. OBERTO
U.S. Magistrate Judge