MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
Dustin Miguel

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DUSTIN MIGUEL,<br><br>        Defendant. | Case No.   1:19-CR-00193-NONE-SKO<br><br>**STIPULATION AND ORDER CONTINUING BAIL REVIEW HEARING** |

## **STIPULATION**

By previous order, this matter is scheduled for a bail review hearing on Monday, March 16, 2020 at 2:00pm. Defense has a prescheduled preliminary hearing in Tulare County on Monday, March 16, 2020 starting at 10:00am. Defense does not know if the preliminary hearing will conclude before the start of the bail review hearing on this matter.

Because defense is unavailable, the parties, through their respective attorneys, stipulate that the bail review be continued to Tuesday, March 17, 2020.

///

///

///

///

Stipulation And Proposed Order Continuing Bail Review   -1-

///

///

DATED: March 13, 2020    McGREGOR W. SCOTT
               United States Attorney

               s/ Melanie Alsworth (by authorization)
               Melanie Alsworth
               Assistant United States Attorney

DATED: March 13, 2020

            By: s/ Michael McKneely
               MICHAEL McKNEELY
               Attorneys for Dallas Fonseca

## **ORDER**

IT IS SO ORDERED that the Status Conference re Bail is continued from March 16, 2020 to **March 17, 2020 at 2:00 PM** before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **March 16, 2020**    /s/ *Barbara A. McAuliffe*
               UNITED STATES MAGISTRATE JUDGE