PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00193-NONE-SKO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| DUSTIN MIGUEL, | DATE: December 10, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**JOINT STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on December 10, 2021.

2. The parties desire additional time to discuss a factual basis for the open plea and to further investigate the amount of restitution that defendant may owe.  The parties request that this matter be rescheduled for a change of plea hearing on December 17, 2021, at 9:30 a.m. and that time be excluded from October 20 through December 17, 2021 for further defense preparation and investigation.

3. The parties further agree and stipulate, and request that the Court find the following:

   a) The parties need additional time to discuss the factual basis for defendant's plea, and counsel for defendant needs additional time to investigate the financial loss the government is claiming the victim(s) incurred.

   b) The defendant agrees and stipulates that time should be excluded for the

aforementioned reasons.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2021 to December 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 6, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ MELANIE L. ALSWORTH<br>MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| Dated: December 6, 2021 | /s/ MICHAEL McKNEELY<br>MICHAEL McKNEELY<br>Counsel for Defendant<br>DUSTIN MIGUEL |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **December 6, 2021**

_____
UNITED STATES DISTRICT JUDGE